James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11
Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PHILIP JAMES LAYFIELD,<br><br>　　　　　　Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 7 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PHILIP JAMES LAYFIELD, an individual,<br><br>　　　　　　Defendant. | Adv. Case No.: 2:19-ap-01071-NB<br><br>**SUPPLEMENTAL PROOF OF SERVICE RE PLAINTIFF'S OPPOSITION TO PHILIP LAYFIELD'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　September 10, 2019<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 1545<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA  90012<br><br>Judge:　　Honorable Neil W. Bason |

　　　　I, Mary de Leon, hereby declare:

　　　　1.　　I am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4003.

　　　　2.　　On August 28, 2019, I served the **PLAINTIFF'S OPPOSITION TO PHILIP LAYFIELD'S MOTION FOR JUDGMENT ON THE PLEADINGS** in this matter by sending copy of said document by email to:  phil@maximum.global.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 28, 2019, at Los Angeles, California.

*/s/ Mary de Leon*
Mary de Leon

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL PROOF OF SERVICE RE PLAINTIFF'S OPPOSITION TO PHILIP LAYFIELD'S MOTION FOR JUDGMENT ON THE PLEADINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 28, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Wesley H Avery (TR)**    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;Isabel@averytrustee.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 28, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 28, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| VIA HAND DELIVERY<br>Honorable Neil W. Bason<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1552 / Courtroom 1545<br>Los Angeles, CA 90012 | Via Email:  phil@maximum.global |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2019 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324137.1 51414/001

**Mailing Information for Case 2:19-ap-01071-NB**

2. **SERVED BY UNITED STATES MAIL**:

Philip James Layfield
c/o Maximum Legal Holdings, LLC
8 The Green, Suite 6426
Dover, DE 19901

Philip James Layfield, Pro Se
8 The Green, Suite 6426
Dover, DE 19901

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324137.1 51414/001