James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11
Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>PHILIP JAMES LAYFIELD,<br><br>Debtor. | Case No.: 2:18-bk-15829-NB<br><br>Chapter 7 |
|---|---|
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP JAMES LAYFIELD, an individual,<br><br>Defendant. | Adv. Case No.: 2:19-ap-01071-NB<br><br>**JOINT STATEMENT OF PARTIES RE REQUEST FOR CONTINUED HEARING DATE**<br><br>Status Conference Date: August 4, 2020<br>Time: 11:00 a.m.<br>Place: Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>Judge: Honorable Neil W. Bason |

**TO THE HONORABLE NEIL BASON; AND ALL INTERESTED PARTIES:**

Plaintiff RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC, ("Plaintiff") and Defendant PHILIP JAMES LAYFIELD ("Defendant" and jointly referred to with Plaintiff as the "Parties") hereby jointly request the Court to continue the status conference currently set for hearing on August 4, 2020 at 11 a.m. be continued to a date convenient to the Court on or after January 1, 2021 since Defendant's criminal trial has been continued from the previously set date of June 16, 2020 and is currently set for December 1, 2020.

DOCS_LA:331082.1 51414/001

1  Dated: July 22, 2020        PACHULSKI STANG ZIEHL & JONES LLP

2

3                              /s/ James K.T. Hunter
                               James K.T. Hunter
4
                               Attorneys for Plaintiff Richard M. Pachulski, Chapter
5                              11 Trustee for the bankruptcy estate of Layfield &
                               Barrett, APC
6

7  Dated: July 22, 2020        PHILIP JAMES LAYFIELD

8

9                              _____
                               Defendant
10

2

DOCS_LA:331082.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATEMENT OF PARTIES RE REQUEST FOR CONTINUED HEARING DATE** in support thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 27, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Wesley H Avery (TR)   wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;Isabel@averytrustee.com
- James KT Hunter   jhunter@pszjlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 27, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 27, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Philip James Layfield<br>Email: phil@maximum.global | |

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 27, 2020 | MARY DE LEON | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328393.1 51414/001

**Additional Service List**
**Adv. Case No. 2:19-ap-01071-NB**

    2. **SERVED BY UNITED STATES MAIL**:

The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

Philip James Layfield
c/o Maximum Legal Holdings, LLC
8 The Green, Suite 6426
Dover, DE 19901

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:328393.1 51414/001