**FILED**

FEB 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PHILIP LAYFIELD, <br><br> Appellant, <br><br> v. <br><br> RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield and Barrett APC, <br><br> Appellee. | No.   20-55813 <br><br> D.C. No. 2:19-cv-09375-SVW <br> Central District of California, <br> Los Angeles <br><br> ORDER |

On January 22, 2021, this court ordered appellant, within 21 days, to move for dismissal of this appeal or file a statement explaining why the appeal should not be dismissed for lack of jurisdiction. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

MKS/MOATT

This order served on the district court will, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Michelle Kim-Szrom
Deputy Clerk
Ninth Circuit Rule 27-7