1   James K.T. Hunter (CA Bar No. 73369)
    PACHULSKI STANG ZIEHL & JONES LLP
2   10100 Santa Monica Blvd., 13th Floor
    Los Angeles, California 90067
3   Telephone: 310/277-6910
    Facsimile: 310/201-0760
4   E-mail: jhunter@pszjlaw.com

5   Attorneys for Plaintiff Richard M. Pachulski, Chapter 11
    Trustee for the Bankruptcy Estate of Layfield & Barrett, APC
6

7                 **UNITED STATES BANKRUPTCY COURT**

8                 **CENTRAL DISTRICT OF CALIFORNIA**

9                     **LOS ANGELES DIVISION**

10  In re:                              Case No.: 2:18-bk-15829-NB

11  PHILIP JAMES LAYFIELD,              Chapter 7

12                  Debtor.

13

14  RICHARD M. PACHULSKI, Chapter 11   Adv. Case No.: 2:19-ap-01071-NB
    Trustee for the bankruptcy estate of Layfield &
15  Barrett, APC,                       **JOINT STATUS REPORT**

16                  Plaintiff,          Status Conference Date: August 3, 2021
                                        Time:    11:00 a.m.
17  vs.                                 Place:   Courtroom 1545
                                                 255 E. Temple Street
18  PHILIP JAMES LAYFIELD, an individual,        Los Angeles, CA 90012
                                                 Judge:   Honorable Neil W. Bason
19                  Defendant.

20

21          The criminal trial of Philip Layfield ("Layfield") is currently set for August 10,

22  2021, though there remains the possibility of a last minute continuance or resolution.

23  The appeal filed by Layfield of this Court's order of October 30, 2019 denying

24  Layfield's motion for judgment on the pleadings has been denied, revesting this Court

25  with jurisdiction over the above-captioned adversary proceeding.

26          Both parties agree that unless and until Layfield's criminal trial has occurred or

27  otherwise been resolved, this adversary proceeding should be held in abeyance. A

28  further continuance of this Status Conference for approximately two months is

*(Left margin, vertical text)* PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338931.1 51414/001

1  therefore requested, by which time the parties may well be in a position to finally

2  advise this Court of when this matter may proceed.

3  Dated:  July 20, 2021                          Respectfully submitted,

5                                                 PACHULSKI STANG ZIEHL & JONES LLP

6                                                        */s/ James K.T. Hunter*
   By  _____

7                                                 James K. T. Hunter

8                                                 Attorneys for Plaintiff,
                                                  Richard M. Pachulski, Chapter 11
9                                                 Trustee for the Bankruptcy Estate of
                                                  Layfield & Barrett, APC

11                                                PHILIP J. LAYFIELD

13  —

14  _____
   Philip J. Layfield

15  Defendant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338931.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**


A true and correct copy of the foregoing document entitled (*specify*):  **JOINT STATUS REPORT** in support thereof
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**July 20, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page


**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
<u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page


**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 20, 2021**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

Philip Layfield
Email:  phil@maximum.global

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2021 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:19-bk-01071-NB**

- Wesley H Avery (TR)    wes@averytrustee.com,
  C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
- James KT Hunter    jhunter@pszjlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

---

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:339031.1 51414/001