James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11
Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PHILIP JAMES LAYFIELD,<br><br>     Debtor. | Case No.: 2:18-bk-15829-NB<br><br>Chapter 7 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>     Plaintiff,<br><br>vs.<br><br>PHILIP JAMES LAYFIELD, an individual,<br><br>     Defendant. | Adv. Case No.: 2:19-ap-01071-NB<br><br>**TRUSTEE'S STATUS REPORT**<br><br>Status Conference Date: January 18, 2022<br>Time: 11:00 a.m.<br> Place:   Courtroom 1545<br>    255 E. Temple Street<br>    Los Angeles, CA  90012<br>   Judge: Honorable Neil W. Bason |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

   The criminal trial of Philip Layfield ("Layfield") resulted in Layfield's conviction on all counts. While sentencing was initially set for November 8, 2021, it has since been continued to January 27, 2022. Trustee requests that unless and until Layfield's sentencing has taken place, this adversary proceeding should be held in abeyance as, after the Trustee has a chance to evaluate whether it continues to make sense for the estate to pursue this adversary proceeding given such sentencing, the Trustee may determine that this adversary proceeding should be dismissed.

   A further continuance of this Status Conference for approximately four months is therefore requested, by which time the parties should be in a position, barring any continuance of the current

DOCS_LA:338931.3 51414/001

1  sentencing date, to finally advise this Court of whether the Trustee intends to continue prosecuting

2  this matter.

3    Dated:    December 30, 2021              Respectfully submitted,

4

5                                            PACHULSKI STANG ZIEHL & JONES LLP

6                                            By      */s/ James K.T. Hunter*
                                                     James K. T. Hunter
7
                                                     Attorneys for Plaintiff,
8                                                    Richard M. Pachulski, Chapter 11 Trustee for
                                                     the Bankruptcy Estate of Layfield & Barrett,
9                                                    APC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338931.3 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**


A true and correct copy of the foregoing document entitled (*specify*):  **TRUSTEE'S STATUS REPORT** in support thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 30, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Philip Layfield
Email:  phil@maximum.global

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 30, 2021 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:19-bk-01071-NB**

- **Wesley H Avery (TR)**    wes@averytrustee.com,
  C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.